

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-17-00440-CV

| | | |
|---|---|---|
| SHEIK TEHUTI, Appellant | § | On Appeal from |
| | § | County Court at Law No. 1 |
| v. | § | of Tarrant County (2017-006596-1) |
| | § | March 14, 2019 |
| HA TO TU, Appellee | § | Opinion by Justice Pittman |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed as moot.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mark T. Pittman_____
    Justice Mark T. Pittman